# KROVATIN KLINGEMAN LLC

ATTORNEYS AT LAW

GERALD KROVATIN

HENRY E. KLINGEMAN*

HELEN A. NAU**

ANNA G. COMINSKY**

*ALSO ADMITTED IN HI AND PA

**ALSO ADMITTED IN NY

744 BROAD STREET
SUITE 1903
NEWARK, NEW JERSEY
07102

TEL. 973-424-9777
FAX 973-424-9779
www.krovatin.com

**DOCUMENT FILED ELECTRONICALLY**

November 4, 2008

Honorable Susan D. Wigenton, U.S.D.J.
United States District Court
Martin Luther King, Jr. Federal Bldg. & Courthouse
50 W. Market Street
Newark, NJ 07102

      Re:    <u>United States v. Shedrick Crafton</u>
               Docket No. 08-346

Dear Judge Wigenton:

      I represent Defendant Shedrick Crafton pursuant to the Criminal Justice Act. Pretrial motions and trial have been scheduled in this matter. It is my understanding that the Court will be rescheduling the trial from January 2009 to sometime in March 2009.

      I respectfully request a status conference at the Court's convenience to discuss scheduling and to apprise my client and his co-defendants of this development. I also respectfully request that my client be produced for the status conference if it is granted.

      I have spoken with all co-counsel on this case. All parties, except for Robert J. Olejar, Esq. are available and would like to participate in a status conference. Mr. Olejar is currently in Seattle on an unrelated matter, but can be available by phone. <u>All parties are available for a conference on November 10, 2008 after 12pm or November 12, 2008 before 12pm.</u>

**KROVATIN KLINGEMAN LLC**
ATTORNEYS AT LAW

Honorable Susan D. Wigenton, U.S.D.J.
November 4, 2008
Page 2 of 2

    Please do not hesitate to contact me with any questions. Thank you for your consideration.

                Respectfully submitted,

                Anna G. Cominsky, Esq. (AC 9085)

                Krovatin Klingeman LLC
                744 Broad Street, Suite 1903
                Newark, NJ 07102
                Phone: 973-424-9777
                Fax: 973-424-9779
                Email: acominsky@krovatin.com
                Attorneys for Defendant

cc:    AUSA Matthew Beck
        Linwood A. Jones, Esq.
        Kenneth Kayser, Esq.
        Robert J. Olejar, Esq.