# UNITED STATES DISTRICT COURT

DISTRICT OF     New Jersey

United States of America

V.

Keith Stewart and Shedrick Crafton

**EXHIBIT AND WITNESS LIST**

Case Number: 2:08cr346-01,04

| PRESIDING JUDGE<br>Hon. Susan D. Wigenton, USDJ | PLAINTIFF'S ATTORNEY<br>Matthew Beck, AUSA and Dennis Carletta, AUSA | DEFENDANT'S ATTORNEY<br>Lindwood Jones, Esq. for Keith Stewart and Anna Cominsky, Esq. for Shedrick Crafton |
|---|---|---|
| TRIAL DATE (S)<br>March 10, 11, 12, 13, 16, 17, 18, 19 | COURT REPORTER<br>Carmen Liloia | COURTROOM DEPUTY<br>Antigone Owens-Krefski |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| A1 | | | | 3/11/09 | Heroin and Packaging Material: 100 Bricks |
| A1.5 | | | | 3/11/09 | Blue Bag |
| A3 | | | | 3/11/09 | Heroin and Packaging Material: 75 Bricks |
| A5 | | | | 3/11/09 | "Welcome Back" envelope, lighter, and pocket knife |
| B1 | | | | 3/11/09 | Disk of wire tap conversations |
| B2 | | | | 3/11/09 | Disk of 1/10/08 consensual recording |
| B3 | | | | 3/11/09 | Transcript of 1/10/08 consensual recording |
| B4 | | | | 3/11/09 | Transcript of call number 8591, 1/5/08, 6:30pm |
| B5 | | | | 3/11/09 | Transcript of call number 1247, 1/18/08, 6:40pm |
| B6 | | | | 3/11/09 | Transcript of call number 2266, 1/24/08 10:20am |
| B7 | | | | 3/11/09 | Transcript of call number 2314, 1/24/08 2:20pm |
| B8 | | | | 3/11/09 | Transcript of call number 2316, 1/24/08 2:27pm |
| B9 | | | | 3/11/09 | Transcript of call number 2380, 1/24/08 10:58pm |
| B10 | | | | 3/11/09 | Transcript of call number 2425, 1/25/08 10:08am |
| B11 | | | | 3/11/09 | Transcript of call number 2433, 1/25/08 10:59am |
| B12 | | | | 3/11/09 | Transcript of call number 2965, 1/28/08 2:17pm |
| B13 | | | | 3/11/09 | Transcript of call number 3372, 1/30/08 9:45am |
| B14 | | | | 3/11/09 | Transcript of call number 1130, 1/8/08 4:48pm |
| B15 | | | | 3/11/09 | Transcript of call number 1944, 1/22/08 7:55pm |
| B16 | | | | 3/11/09 | Transcript of call number 1945, 1/22/08 7:56pm |
| B17 | | | | 3/11/09 | Transcript of call number 1954, 1/22/08 8:10pm |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION**

| USA | | | vs. | | Stewart and Crafton | CASE NO. 2:08cr346-01,04 |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| B18 | | | | 3/11/09 | Transcript of call number 1955, 1/22/08 8:13pm | |
| B19 | | | | 3/11/09 | Transcript of call number 1973, 1/22/08 10:22pm | |
| B20 | | | | 3/11/09 | Transcript of call number 2185, 1/23/08 7:41pm | |
| B21 | | | | 3/11/09 | Transcript of call number 2192, 1/23/08 7:45pm | |
| B22 | | | | 3/11/09 | Transcript of call number 1917, 1/23/08 8:08pm | |
| B23 | | | | 3/11/09 | Transcript of call number 2358, 1/24/08 8:05pm | |
| B24 | | | | 3/11/09 | Transcript of call number 2415, 1/25/08 9:10am | |
| B25 | | | | 3/11/09 | Transcript of call number 2417, 1/25/08 9:13am | |
| B26 | | | | 3/11/09 | Transcript of call number 2420, 1/25/08 9:36am | |
| B27 | | | | 3/11/09 | Transcript of call number 2997, 1/28/08 4:06pm | |
| B28 | | | | 3/11/09 | Transcript of call number 3000, 1/28/08 4:07pm | |
| B29 | | | | 3/11/09 | Transcript of call number 5115, 11/26/07 8:26pm | |
| B30 | | | | 3/11/09 | Transcript of call number 5241, 11/29/07 2:13pm | |
| B31 | | | | 3/11/09 | Transcript of call number 5847, 12/5/07 1:40pm | |
| B32 | | | | 3/11/09 | Transcript of call number 6078, 12/7/07 3:25pm | |
| B33 | | | | 3/11/09 | Transcript of call number 6079, 12/7/07 3:28pm | |
| B34 | | | | 3/11/09 | Transcript of call number 6403, 12/11/07 8:44pm | |
| B35 | | | | 3/11/09 | Transcript of call number 6404, 12/11/07 8:46pm | |
| B36 | | | | 3/11/09 | Transcript of call number 6406, 12/11/07 8:44pm | |
| B37 | | | | 3/11/09 | Transcript of call number 6407, 12/11/07 9:14pm | |
| B38 | | | | 3/11/09 | Transcript of call number 6409, 12/11/07 9:15pm | |
| B39 | | | | 3/11/09 | Transcript of call number 6410, 12/11/07 9:17pm | |
| B40 | | | | 3/11/09 | Transcript of call number 6411, 12/11/07 9:18pm | |
| B41 | | | | 3/11/09 | Transcript of call number 6413, 12/11/07 9:21pm | |
| B42 | | | | 3/11/09 | Transcript of call number 8816, 1/10/08 7:19pm | |
| B43 | | | | 3/11/09 | Transcript of call number 9654, 1/24/08 9:30am | |
| B44 | | | | 3/11/09 | Transcript of call number 3217, 1/29/08 4:22pm | |

| | USA | | vs. | Stewart and Crafton | CASE NO. 2:08cr346-01,04 |
|---|---|---|---|---|---|
| **PLF. NO.** | **DEF. NO.** | **DATE OFFERED** | **MARKED** | **ADMITTED** | **DESCRIPTION OF EXHIBITS AND WITNESSES** |
| B45 | | | | 3/11/09 | Transcript of call number 3388, 1/30/08 1:15pm |
| B46 | | | | 3/11/09 | Transcript of call number 3410, 1/30/08 5:04pm |
| B47 | | | | 3/11/09 | Transcript of call number 3483, 1/31/08 10:47am |
| B48 | | | | 3/11/09 | Transcript of call number 10337, 2/1/08 1:38pm |
| B49 | | | | 3/11/09 | Transcript of call number 3605, 2/1/08 1:40pm |
| B50 | | | | 3/11/09 | Transcript of call number 10338, 2/1/08 1:41pm |
| B51 | | | | 3/11/09 | Transcript of call number 4114, 2/4/08 3:25pm |
| B52 | | | | 3/11/09 | Transcript of call number 4121, 2/4/08 3:35pm |
| B53 | | | | 3/11/09 | Transcript of call number 4124, 2/4/08 3:57pm |
| B54 | | | | 3/11/09 | Transcript of call number 4127, 2/4/08 4:42pm |
| B55 | | | | 3/11/09 | Transcript of call number 4131, 2/4/08 4:57pm |
| B56 | | | | 3/11/09 | Transcript of call number 4148, 2/4/08 6:22pm |
| B57 | | | | 3/11/09 | Transcript of call number 4155, 2/4/08 7:03pm |
| B58 | | | | 3/11/09 | Transcript of call number 5248, 11/29/07 4:50pm |
| B59 | | | | 3/11/09 | Transcript of call number 5250, 11/29/07 5:21pm |
| B60 | | | | 3/11/09 | Transcript of call number 5264, 11/29/07 8:05pm |
| B61 | | | | 3/11/09 | Transcript of call number 5651, 12/3/07 9:38pm |
| B62 | | | | 3/11/09 | Transcript of call number 5672, 12/4/07 1:38pm |
| B63 | | | | 3/11/09 | Transcript of call number 5687, 12/4/07 2:36pm |
| B64 | | | | 3/11/09 | Transcript of call number 5700, 12/4/07 4:14pm |
| B65 | | | | 3/11/09 | Transcript of call number 5702, 12/4/07 4:26pm |
| B66 | | | | 3/11/09 | Transcript of call number 7255, 12/26/07 4:53pm |
| B67 | | | | 3/11/09 | Transcript of call number 7358, 12/27/07 5:44pm |
| B68 | | | | 3/11/09 | Transcript of call number 8077, 1/5/08 4:49pm |
| B69 | | | | 3/11/09 | Transcript of call number 8082, 1/5/08 5:18pm |
| B70 | | | | 3/11/09 | Transcript of call number 8092, 1/5/08 5:54pm |
| B71 | | | | 3/11/09 | Transcript of call number 8093, 1/5/08 5:57pm |

AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | USA | | vs. | Stewart and Crafton | CASE NO. 2:08cr346-01,04 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| B72 | | | | 3/11/09 | Transcript of call number 8095, 1/5/08 6:29pm |
| B73 | | | | 3/11/09 | Transcript of call number 8099, 1/5/08 6:37pm |
| B74 | | | | 3/11/09 | Transcript of call number 8221, 1/7/08 6:58pm |
| B75 | | | | 3/11/09 | Transcript of call number 8254, 1/7/08 6:58pm |
| B76 | | | | 3/11/09 | Transcript of call number 8299, 1/8/08 6:17pm |
| B77 | | | | 3/11/09 | Transcript of call number 8300, 1/8/08 6:18pm |
| B78 | | | | 3/11/09 | Transcript of call number 8307, 1/8/08 7:00pm |
| B79 | | | | 3/11/09 | Transcript of call number 8308, 1/8/08 7:01pm |
| B80 | | | | 3/11/09 | Transcript of call number 4429, 11/15/07 9:27pm |
| B81 | | | | 3/11/09 | Transcript of call number 4435, 11/15/07 12:32am |
| B82 | | | | 3/11/09 | Transcript of call number 4440, 11/16/07 8:37am |
| B83 | | | | 3/11/09 | Transcript of call number 4604, 11/18/07 12:25pm |
| B84 | | | | 3/11/09 | Transcript of call number 4680, 11/18/07 2:10pm |
| B85 | | | | 3/11/09 | Transcript of call number 5010, 11/24/07 5:13pm |
| B86 | | | | 3/11/09 | Transcript of call number 5089, 11/26/07 5:22pm |
| B87 | | | | 3/11/09 | Transcript of call number 5090, 11/26/07 5:26pm |
| B88 | | | | 3/11/09 | Transcript of call number 5696, 12/4/07 3:38pm |
| B89 | | | | 3/11/09 | Transcript of call number 8654, 1/11/08 11:36pm |
| B90 | | | | 3/11/09 | Transcript of call number 8720, 1/12/08 3:42pm |
| B91 | | | | 3/11/09 | Transcript of call number 8956, 1/13/08 10:23am |
| B92 | | | | 3/11/09 | Transcript of call number 9101, 1/15/08 9:01am |
| B93 | | | | 3/11/09 | Transcript of call number 9113, 1/15/08 10:50am |
| B94 | | | | 3/11/09 | Transcript of call number 1261, 1/18/08 8:05pm |
| B95 | | | | 3/11/09 | Transcript of call number 1323, 1/19/08 11:26pm |
| B96 | | | | 3/11/09 | Transcript of call number 2457, 1/25/08 12:29pm |
| B97 | | | | 3/11/09 | Transcript of call number 1919, 1/23/08 9:28pm |
| B98 | | | | 3/11/09 | Transcript of call number 2216, 1/23/08 9:34pm |

AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION**

| USA | | | | vs. | Stewart and Crafton | CASE NO. 2:08cr346-01,04 |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| B99 | | | | 3/11/09 | Transcript of call number 2299, 1/24/08 12:35pm | |
| B100 | | | | 3/11/09 | Transcript of call number 2308, 1/24/08 1:42pm | |
| B101 | | | | 3/11/09 | Transcript of call number 1956, 1/25/08 2:02pm | |
| B102 | | | | 3/11/09 | Transcript of call number 1962, 1/25/08 2:16pm | |
| B103 | | | | 3/11/09 | Transcript of call number 5029, 2/9/08 4:49pm | |
| B104 | | | | 3/11/09 | Transcript of call number 5402, 2/11/08 6:09pm | |
| B105 | | | | 3/11/09 | Transcript of call number 5409, 2/11/08 7:25pm | |
| B106 | | | | 3/11/09 | Transcript of call number 713, 1/2/08 1:45pm | |
| B107 | | | | 3/11/09 | Transcript of call number 732, 1/2/08 7:19pm | |
| B108 | | | | 3/11/09 | Transcript of call number 733, 1/2/08 7:54pm | |
| B109 | | | | 3/11/09 | Transcript of call number 734, 1/2/08 8:24pm | |
| B110 | | | | 3/11/09 | Transcript of call number 2001, 1/26/08 11:29pm | |
| B111 | | | | 3/11/09 | Transcript of call number 2574, 1/26/08 1:56pm | |
| B112 | | | | 3/11/09 | Transcript of call number 2620, 1/26/08 4:59pm | |
| B113 | | | | 3/11/09 | Transcript of call number 2630, 1/26/08 5:24pm | |
| B114 | | | | 3/11/09 | Transcript of call number 2667, 1/26/08 9:42pm | |
| B115 | | | | 3/11/09 | Transcript of call number 2573, 2/13/08 5:45pm | |
| B116 | | | | 3/11/09 | Transcript of call number 221, 12/20/07 5:37pm | |
| B117 | | | | 3/11/09 | Transcript of call number 599, 12/28/07 9:11pm | |
| B118 | | | | 3/11/09 | Transcript of call number 620, 12/29/07 8:20pm | |
| B119 | | | | 3/11/09 | Transcript of call number 626, 12/29/07 10:50pm | |
| B120 | | | | 3/11/09 | Transcript of call number 629, 11/29/07 11:36pm | |
| B121 | | | | 3/11/09 | Transcript of call number 631, 12/29/07 11:52pm | |
| B122 | | | | 3/11/09 | Transcript of call number 678, 12/31/07 4:07pm | |
| B123 | | | | 3/11/09 | Transcript of call number 694, 12/31/047 9:30pm | |
| B124 | | | | 3/11/09 | Transcript of call number 773, 1/3/08 12:25pm | |
| B125 | | | | 3/11/09 | Transcript of call number 784, 1/3/08 1:02pm | |

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| USA | vs. | Stewart and Crafton | CASE NO. 2:08cr346-01,04 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| B126 | | | | 3/11/09 | Transcript of call number 1186, 1/9/08 12:11pm |
| B127 | | | | 3/11/09 | Transcript of call number 909, 1/6/08 11:29am |
| B128 | | | | 3/11/09 | Transcript of call number 916, 1/6/08 11:44am |
| B129 | | | | 3/11/09 | Transcript of call number 563, 12/28/07 11:45am |
| B130 | | | | 3/11/09 | Transcript of call number 564, 12/28/07 12:06pm |
| B131 | | | | 3/11/09 | Transcript of call number 8533, 1/3/08 10:09pm |
| B132 | | | | 3/11/09 | Transcript of call number 8898, 1/11/08 3:33pm |
| B133 | | | | 3/11/09 | Transcript of call number 8902, 1/11/08 4:36pm |
| B134 | | | | 3/11/09 | Transcript of call number 8908, 1/11/08 4:41pm |
| B135 | | | | 3/11/09 | Transcript of call number 5686, 2/13/08 5:06pm |
| B136 | | | | 3/11/09 | Transcript of call number 5715, 2/13/08 6:35pm |
| B137 | | | | 3/11/09 | Transcript of call number 5614, 2/13/08 10:42am |
| B138 | | | | 3/11/09 | Transcript of call number 5690, 2/13/08 5:29pm |
| B139 | | | | 3/11/09 | Transcript of call number 5697, 2/13/08 5:49pm |
| B140 | | | | 3/11/09 | Transcript of call number 5716, 2/13/08 6:38pm |
| C1 | | | | 3/11/09 | Photo of 106 Richelieu Terrace, Newark |
| C3 | | | | 3/11/09 | Photo of 106 Richelieu Terrace, Newark |
| C19 | | | | 3/11/09 | Photo of car outside 106 Richelieu Terrace, Newark |
| C20 | | | | 3/11/09 | Photo of car outside 106 Richelieu Terrace, Newark |
| C21 | | | | 3/11/09 | Photo of car outside 106 Richelieu Terrace, Newark |
| C25 | | | | 3/11/09 | Photo of 106 Richelieu Terrace, Newark |
| C27 | | | | 3/11/09 | Photo of 106 Richelieu Terrace, Newark |
| C28 | | | | 3/11/09 | Photo of 106 Richelieu Terrace, Newark |
| C29 | | | | 3/11/09 | Photo of 197 Alexander Street |
| C30 | | | | 3/11/09 | Photo of 325 South 19th Street |
| C32 | | | | 3/11/09 | Photo of Sharod Hester |

Page 6 of 8 Pages

| | | | | | |
|---|---|---|---|---|---|
| USA | | | vs. | Stewart and Crafton | CASE NO. 2:08cr346-01,04 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| C37 | | | | 3/11/09 | Photo of Shawn Davis |
| E1 | | | | 3/11/09 | Subscriber History for (973) 979-1889 |
| E2 | | | | 3/11/09 | Subscriber History for (973) 530-0147 |
| E3 | | | | 3/11/09 | Subscriber History for (646) 715-6414 |
| E4 | | | | 3/11/09 | Subscriber History for (973) 380-6448 |
| E5 | | | | 3/11/09 | Subscriber History for (973) 234-3488 |
| F3 | | | | 3/11/09 | US Immigration and Customs Statement of Rights |
| F4 | | | | 3/11/09 | Phone Interception Chart |
| G1 | | | | 3/11/09 | Stipulation Regarding Transcripts of Recorded Conversations |
| G2 | | | | 3/11/09 | Stipulation Regarding Keith Stewart's Ownership of Properties |
| | C7 | | | 3/12/09 | Photo of 600 Richelieu Terrace, Newark |
| | C13 | | | 3/12/09 | Photo of 600 Richelieu Terrace, Newark |
| | C15 | | | 3/12/09 | Photo of 600 Richelieu Terrace, Newark |
| | C24 | | | 3/12/09 | Photo of 600 Richelieu Terrace, Newark |
| | DS-1 | | | 3/12/09 | Search Warrant Returned dated 12/9/08 |
| | DS-2 | | | 3/12/09 | Attachment A to Amended Search Warrant Return dated 12/18/08 |
| | DS-3 | | | 3/12/09 | Amended Search Warrant Return dated 12/18/08 |
| | DS-4 | | | 3/12/09 | Rent Receipt Book |
| | DS-5 | | | 3/12/09 | Rent Receipt Book |
| | DS-6 | | | 3/12/09 | Rent Receipt Book |
| | DS-7 | | | 3/12/09 | Checks |
| | DS-8 | | | 3/12/09 | Fremont Investment & Loan Account Information |
| | DS-9 | | | 3/12/09 | Check |
| | DS-11 | | | 3/12/09 | Stewart Cleaning Service Cards |
| | DS-12 | | | 3/12/09 | CleanNet USA Cards |
| | DS-13 | | | 3/12/09 | Picture of child |
| | DS-14 | | | 3/12/09 | Picture of child |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | USA vs. Stewart and Crafton — CASE NO. 2:08cr346-01,04 |
| | DS-15 | | | 3/12/09 | Picture of child |
| | DC-1 | | | 3/12/09 | Shedrick Crafton Fingerprint Card |
| J-21 | | | | 3/13/09 | Plea Agreement with Huascar Villa |
| J-20 | | | | 3/13/09 | Cooperation Agreement with Huascar Villa |
| J-13 | | | | 3/16/09 | Cooperation Agreement with Noel Antigua-Diaz |
| J-14 | | | | 3/16/0 | Plea Agreement with Noel Antigua-Diaz |
| D-1 | | | | 3/16/09 | Ledgers |

Page 8 of 8 Pages