UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | | CRIMINAL NO.: 08-346-01 |
| v. | : | |
| | | NOTICE OF APPEAL |
| **KEITH STEWART** | : | |
| | : | **ELECTRONICALLY FILED** |

Notice is hereby given that DEFENDANT Keith Stewart, through his attorney, Linwood A. Jones, Esq., hereby appeals to the United States Court of Appeals for the Third Circuit from the final Judgment of Conviction and Commitment entered in this action by the Honorable Susan D. Wigenton, Judge, United States District Court Judge, on July 16, 2009

Respectfully submitted,

/s/ Linwood A. Jones
Linwood A. Jones, Esq.
Attorney for Defendant Keith Stewart
55 Washington Street
Suite 603
East Orange, NJ 07017
O: 973-676-739
F: 973-674-8043
E-Mail: linwood.jones@att.net

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice of Appeal was served electronically on Matthew, Beck, Esq., Assistant United States Attorney, and by regular mail on George Leone, Assistant United States Attorney, 970 Broad Street, Newark, New Jersey 07102 on this 18th day of July, 2009, at the following address: United States Attorney's Office, District of New Jersey, 970 Broad Street, Newark, New Jersey, 07102.

/s/ Linwood A. Jones
_____
Linwood A. Jones, Esq.
Attorney for Defendant Keith Stewart
55 Washington Street
Suite 603
East Orange, NJ 07017
O: 973-676-739
F: 973-674-8043
E-Mail: linwood.jones@att.net