IN THE UNITED STATES DISTRICT COURT
FOR THE THIRD CIRCUIT

RECEIVED-CLERK
U.S. DISTRICT COURT

2011 MAR 28   11

KEITH STEWART,
    Petitioner.

V.

                                         Docket NO.:08-346-1

UNITED STATES OF AMERICA,
        Respondent.

NOTIFICATION OF PETITIONER CHALLENGING PRIOR
STATE CONVICTION

COME NOW, Keith Stewart, Petitioner, Pro Se, notifying this Honorable Court of his present action within the Superior Court, States of New Jersey, County of Essex, City of Newark for challenging prior State convictions that were used to enhance petitioner's Federal sentence. In light of the decision in the Supreme Court, Johnson V. United States, 161 L.Ed.2d 542, "clearly demonstrates that the fact of due diligence support the court's consideration and decision to have Appellant's case reopened." This notification shows Petitioner's act of due diligence.

    Done of the __ day of March, 2011. Sent by prepaid first class mail at F.C.I. Herlong, P.O. BOX 800, Herlong, California 96113

                                                      Respectfully Submitted,
                                                      Keith Stewart (signature)
                                                      Keith Stewart